UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL BOUNACCORSI,

           Plaintiff,

-vs-                                          Case No.  5:06-cv-285-Oc-10GRJ

MARION COUNTY COMMISSIONERS,
OCALA ELECTRIC UTILITIES and THE
CENTERS OF OCALA,

           Defendants.
_____/

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 6) recommending that the Plaintiff's motion to proceed in forma pauperis (Doc. 2) be denied, and this case be dismissed for lack of subject matter jurisdiction. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

In his report, the Magistrate Judge recommended that this case be dismissed both because there is a complete lack of diversity and because Plaintiff has failed to allege any facts suggesting that the amount in controversy exceeds the sum of $75,000. Although the Plaintiff's complaint also fails to state a cause of action, it appears to allege a claim for breach of contract. Moreover, the Court finds that the Complaint must be dismissed with prejudice because the Court determines that further amendment would be futile.

Following the issuance of the report, the Magistrate Judge granted the Plaintiff's motion to add Ocala Electric Utility and the Centers of Ocala as defendants in this matter.

However, in his report, the Magistrate Judge explicitly analyzed the Plaintiff's case assuming that all three entities were already named as defendants because the Magistrate Judge was in receipt of the Plaintiff's motion when he issued the report. Thus, the recommendations in the Magistrate Judge's report apply to - and are adopted as to - all three Defendants.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed and made a part hereof;

(2) the Plaintiffs' motion to proceed in forma pauperis is DENIED;

(3) this case is DISMISSED with prejudice for lack of subject matter jurisdiction as to all the Defendants - the Marion County Commissioners, Ocala Electric Utility and the Centers of Ocala; and

(4) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of October, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record